## WHITE et al. v. STATE.

No. 4891.   Opinion Filed July 13, 1915.

(150 Pac. 718.)

**ACTION ON APPEARANCE BOND.**   The facts in this case are identical with those in **White et al. v. State, ante,** p. 97, 150 Pac. 716, and the syllabus in that case is adopted as the one in this case.

(Syllabus by Devereux, C.)

*Error from County Court, Seminole County;*
*T. S. Cobb, Judge.*

Action by the State against W. J. White and others. Judgment for plaintiff, and defendants bring error. Affirmed.

*C. Guy Cutlip,* for plaintiffs in error.

*C. L. Hill* and *Pryor & Stokes,* for the State.

Opinion by DEVEREUX, C.   The facts in this case are identical with those in *White et al. v. State, ante,* p. 97, and we adopt the decision in that case as the decision in the present case.

We therefore recommend that the judgment be affirmed.

By the Court:   It is so ordered.